

FILED

FEB 9 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| IN RE CITY OF LOS ANGELES.<br>_____<br><br>CITY OF LOS ANGELES,<br><br>       Petitioner,<br><br> v.<br><br>UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES,<br><br>       Respondent,<br><br>COUNTY OF LOS ANGELES; et al.,<br><br>       Real Parties in Interest. | No. 26-784<br><br>D.C. No. 2:20-cv-02291-DOC-KES<br>Central District of California, Santa Ana<br><br>ORDER |

Before: M. SMITH, NGUYEN, and KOH, Circuit Judges.

The request for an administrative stay is denied. *See Doe #1 v. Trump*, 944 F.3d 1222, 1223 (9th Cir. 2019).

Real parties in interest must file an answer to this petition for a writ of mandamus within 7 days. *See* Fed. R. App. P. 21(b).

The district court may also address the petition if it so desires. If the district court elects to address the petition, it may file an answer with this court within 7 days, or issue a supplemental order and serve a copy on this court within 7 days.

Petitioner may file a reply within 3 days after service of the answer(s).

The clerk will send a copy of this order to the district court and Judge Carter.