**No. 26-784**

# IN THE UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

IN RE CITY OF LOS ANGELES

CITY OF LOS ANGELES,

*Petitioner,*

v.

UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF CALIFORNIA,

*Respondent,*

LA ALLIANCE FOR HUMAN RIGHTS ET AL.,

*Real Parties in Interest.*

From the United States District Court
Central District of California
Case No. 2:20-cv-02291 | Hon. David O. Carter

**INTERVENOR/REAL PARTIES IN INTEREST LOS ANGELES
COMMUNITY ACTION NETWORK AND LOS ANGELES CATHOLIC
WORKER'S MOTION FOR JUDICIAL NOTICE**

Shayla R. Myers
LEGAL AID
FOUNDATION
OF LOS ANGELES
1550 W. 8th Street
Los Angeles, CA 90017
Tel: (214) 640-3983
smyers@lafla.org

Catherine Sweetser
SCHONBRUN SEPLOW
HARRIS HOFFMAN &
ZELDES, LLP
9415 Culver Blvd., #115
Culver City, CA 90232
Tel: (310) 396-0731
catherine.sdshhh@gmail.com

Carol A. Sobel
LAW OFFICE OF
CAROL A. SOBEL
725 Arizona Ave.
Santa Monica, CA 90401
Tel: (310) 393-3055
carolsobel@aol.com

*Counsel for Intervenor/ Real Parties in Interest Los Angeles Community Action
Network and Los Angeles Catholic Worker*

## MOTION FOR JUDICIAL NOTICE

Pursuant to Federal Rule of Evidence 201, Intervenors and Real Parties in Interest LA CAN and LA Catholic Worker respectfully request the Court take judicial notice of the following municipal documents and court filings in support of Intervenor and Real Party In Interest's Answer to the City of Los Angeles's petition for a writ of mandamus:

1. Exhibit A, Respondent City of Los Angeles's Answering Brief, *Cangress v. City of Los Angeles*, Los Angeles Superior Court Case No. 25STCP00261

2. Exhibit B, American Legal Publishing, Los Angeles City Charter Section 244, Quorum and Vote Necessary to Take Action, publicly available at https://codelibrary.amlegal.com/codes/los_angeles/latest/laac/0-0-0-2

3. Exhibit C, Rules of the Los Angeles City Council, publicly available at on the Los Angeles City Website, https://clerk.lacity.gov/sites/g/files/wph1491/files/2021-02/lacityp_026042.pdf

Federal Rule of Evidence ("Fed. R. Evid.") 201 permits a Court to take judicial notice of a "fact that is not subject to reasonable dispute because it (1) is generally known with the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot be

1

reasonably be questioned". Fed. R. Evid. 201(b); *see also Casault v. Fed. Nat. Mortgage Ass'n*, 915 F. Supp. 2d 1113, 1120 (C.D. Cal. 2012 ) (noting "court may take judicial notice of undisputed 'matters of public record.'") (internal citations omitted)); *Wible v. Aetna Life Ins. Co.*, 375 F. Supp. 2d 956, 965 (C.D. Cal. 2005) (Judicial notice is proper when a fact is "not subject to reasonable dispute in that it is… capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned."). Notice may be taken at any stage of a proceeding. FRE 201(d).

The items requested are properly the subject of judicial notice. First, municipal charters and council rules are proper subjects for judicial notice.  S*ee Tollis Inc. v. County of San Diego*, 505 F.3d 935, 938 n.1 (9th Cir. 2007).

Second, a court may take "judicial notice of the undisputed and publicly available information displayed on government websites." See *King v. Cnty. of Los Angeles*, 885 F.3d 548, 555 (9th Cir. 2018); see also *County of Santa Clara v. Astra USA, Inc.*, 401 F. Supp. 2d 1022, 1024 (N.D. Cal. 2005) (taking judicial notice of information posted on a government website).  The Rules of the City Council are on the City of Los Angeles's public website.

Finally, judicial notice may be taken of documents filed and orders or decisions entered in any federal or state court proceeding.  *See Readylink*

*Healthcare Inc v. State Compensation Ins. Fund*, 754 F.3d 754, 756 n. 1 (9th Cir. 2014) (taking judicial notice of state court proceedings); *see also Lozman v. City of Riviera*, 713 F.3d 1066, 1075 n.9 (11th Cir. 2013) (taking judicial notice of court documents from state court eviction action); *Harris v. County of Orange*, 682 F.3d 1126, 1132 (9th Cir. 2012) (courts "may take judicial notice of ... undisputed matters of public record, including documents on file in federal or state courts).

Accordingly, Intervenors and Real Parties in Interest request the Court take judicial notice of the three above-referenced exhibits.

Dated:  February 17, 2026     By:  *s/ Shayla R. Myers*

Shayla R. Myers
**LEGAL AID FOUNDATION OF LOS ANGELES**

*Counsel for Real Parties in Interest Los Angeles Community Action Network and Los Angeles Catholic Worker*

3

## CERTIFICATE OF COMPLIANCE

This motion complies with Circuit Rule 27(d)(20(A) because it contains 514 words, excluding the parts exempted by Federal Rule of Appellate Procedure 32(f).

The motion's type size and typeface comply with Federal Rule of Appellate Procedure 32(a)(5) and (6) because the petition has been presented in 14-point Times New Roman type.

Dated: February 17, 2026

By: *s/ Shayla R. Myers*
Shayla R. Myers

4

## CERTIFICATE OF SERVICE

I hereby certify that on February 17, 2026, I caused to be electronically filed the foregoing LOS ANGELES COMMUNITY ACTION NETWORK AND LOS ANGELES CATHOLIC WORKER'S MOTION FOR JUDICIAL NOTICE with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system.

I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Hydee Feldstein Soto
Valerie Flores
Arlene N. Hoang
Jessica Mariani
CITY ATTORNEY'S OFFICE
200 North Main Street
City Hall East, 6th Floor
Los Angeles, CA  90012
213.978.7508

Theane D. Evangelis
Marcellus McRae
Bradley J. Hamburger
Daniel R. Adler
Patrick J. Fuster
GIBSON, DUNN & CRUTCHER LLP
333 S. Grand Avenue
Los Angeles, CA 90071-3197
213.229.7000
tevangelis@gibsondunn.com

*Counsel for Petitioner City of Los Angeles*

Louis R. Miller
Mira Hashmall
Jason H. Tokoro
MILLER BARONDESS, LLP
2121 Avenue of the Stars, Suite 2600
Los Angeles, CA 90067
310.552.4400
smiller@millerbarondess.com
mhashmall@millerbarondess.com
jtokoro@millerbarondess.com

*Counsel for Defendant County of Los Angeles*

Matthew Donald Umhofer
Elizabeth A. Mitchell
UMHOFER, MITCHELL & KING LLP
767 S. Alameda Street, Suite 221
Los Angeles, CA 90017
213.394.7979
mumhofer@umklaw.com
emitchell@umklaw.com

*Counsel for Real Parties in Interest LA Alliance for Human Rights, Joseph Burk, Harry Tashdjian, Wenzial Jarrell, Karen Pinsky, Charles Malow, Charles van Scoy, George Frem, Gary Whitter, and Leandro Suarez*

Brooke Weitzman
William Wise
ELDER LAW AND DISABILITY RIGHTS CENTER
1535 E. 17th Street, Suite 110
Santa Ana, CA 92705
bweitzman@eldrcenter.org
bwise@eldrcenter.org

*Counsel for Intervenor Orange County Catholic Worker*

Dated: February 17, 2026

By:   *s/ Shayla R. Myers*

Shayla R. Myers

6