# EXHIBIT B

OFFICIAL

CITY OF LOS ANGELES

CHARTER ™

[ Administrative Code ]



[www.lacity.org](www.lacity.org)

June 8, 1999

**Current through legislation effective September 30, 2025**

Published by:
**AMERICAN LEGAL PUBLISHING**
Cincinnati, Ohio

800-445-5588
[www.amlegal.com](www.amlegal.com)

Volume I   Governance

Volume II   Employment Provisions

# VOLUME I

# GOVERNANCE

Article

I.   Incorporation and Powers
II.   Officers of the City
III.   Finance, Budget and Contracts
IV.   Elections
V.   Departments
VI.   Proprietary Departments
VII.   City Ethics Commission; Special Prosecutor
VIII.   Board of Education
IX.   Department of Neighborhood Empowerment

# ARTICLE I

# INCORPORATION AND POWERS

### Sec. 244. Quorum and Vote Necessary to Take Action.

Two-thirds of the members of the Council shall constitute a quorum for the transaction of business. Nothing in the Charter shall prevent a smaller number from transacting business by a majority vote of members present to the extent necessary to fill vacancies in the membership of the Council in the manner provided in Article IV, where no quorum can be assembled except by filling the vacancies. Except as otherwise provided in the Charter, action by the Council shall be taken by a majority vote of the entire membership of the Council; provided, however, that if a majority of the entire membership of the Council votes against a proposed action requiring approval or disapproval, that vote shall constitute Council's disapproval without requiring a separate vote to disapprove. Whenever in the Charter a certain proportion of the Council is required for the performance of any act, it shall mean that proportion of the entire membership of the Council.

SECTION HISTORY

Amended by: Charter Amendment HH, approved November 5, 2024, effective January 8, 2025.