UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 24 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS



| | |
|---|---|
| IN RE CITY OF LOS ANGELES. _____ CITY OF LOS ANGELES,         Petitioner, v. UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES,         Respondent, COUNTY OF LOS ANGELES; et al.,         Real Parties in Interest. | No. 26-784 D.C. No. 2:20-cv-02291-DOC-KES Central District of California, Santa Ana ORDER |

Before: M. SMITH, NGUYEN, and KOH, Circuit Judges.

The court has received the answers to the petition for a writ of mandamus and the reply.

The clerk will place this case on the next available calendar, which is May 2026. *See* 9th Cir. Gen. Order 3.3(f).