**UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT**

**Form 32. Response to Notice of Case Being Considered for Oral Argument**

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form32instructions.pdf

**9th Cir. Case Number(s)** | 26-784

**Case Name** | City of Los Angeles v. United States District Court for Central District of California

Hearing Location (*city*) | Pasadena

Your Name | Theane D. Evangelis

List the sitting dates for the two sitting months you were asked to review:

May 18-22

Do you have an unresolvable conflict on any of the above dates? (●)Yes ( )No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

Friday, May 22:  I will be out of town with prepaid travel arrangements.

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

(●)Yes ( )No

If yes, list the number, name, and hearing city of each of the other case(s):

LA Alliance for Human Rights et al. v. City of Los Angeles et al., Nos. 25-4623, 25-6760, 26-211, Pasadena

**Signature** | /s/ Theane D. Evangelis | **Date** | 2/25/2026

*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 32** | *New 12/01/2018*