No. 26-784

# IN THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

IN RE CITY OF LOS ANGELES

CITY OF LOS ANGELES,

*Petitioner,*

v.

UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF CALIFORNIA,

*Respondent,*

LA ALLIANCE FOR HUMAN RIGHTS ET AL.,

*Real Parties in Interest.*

From the United States District Court
for the Central District of California
Case No. 2:20-cv-02291 | The Honorable David O. Carter

## STIPULATED DISMISSAL OF PETITION

Pursuant to Federal Rule of Appellate Rule 42(b)(1), Petitioner City of Los Angeles and Real Parties in Interest LA Alliance for Human Rights, Los Angeles Community Action Network, and Los Angeles Catholic Worker stipulate to the dismissal of the petition for writ of

1

mandamus. All parties will bear their own costs. There are no outstanding fees due to the Court.

Dated: May 8, 2026                  Respectfully submitted,

                                    /s/ *Theane D. Evangelis*
                                    Theane D. Evangelis
                                    GIBSON, DUNN & CRUTCHER LLP
                                    333 S. Grand Avenue
                                    Los Angeles, CA  90071
                                    213.229.7000
                                    tevangelis@gibsondunn.com

                                    *Counsel for Petitioner*
                                    *City of Los Angeles*


                                    /s/ *Matthew Donald Uhmhofer*
                                    Matthew Donald Uhmhofer
                                    UHMHOFER, MITCHELL & KING LLP
                                    767 S. Alameda St., Suite 270
                                    Los Angeles, California 90021
                                    213.394.7979
                                    mumhofer@umklaw.com

                                    *Counsel for Real Party in Interest*
                                    *LA Alliance for Human Rights*

2

/s/ *Shayla R. Myers*
Shayla R. Myers
LEGAL AID FOUNDATION OF LOS ANGELES
1550 W. 8th Street
Los Angeles, CA 90017
214.640.3983
smyers@lafla.org

*Counsel for Real Parties in Interest*
*Los Angeles Community Action Network*
*and Los Angeles Catholic Worker*

3