UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 11 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

IN RE CITY OF LOS ANGELES.

_____

CITY OF LOS ANGELES,

Petitioner,

v.

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF
CALIFORNIA, LOS ANGELES,

Respondent,

COUNTY OF LOS ANGELES; et al.,

Real Parties in Interest.

No. 26-784

D.C. No.
2:20-cv-02291-DOC-KES
Central District of California,
Santa Ana

ORDER

Pursuant to the parties' stipulation (Dkt. No. 26), this petition is dismissed.

*See* Fed. R. App. P. 42(b)(1).

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT